1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )     Case No.: 5:23-mj-00471-DUTY
                                       )
12             Plaintiff,              )     ORDER OF DETENTION PENDING
                                       )     FURTHER REVOCATION
               v.                      )     PROCEEDINGS
13                                     )     (FED. R. CRIM. P. 32.1(a)(6); 18
    BARBARA DIANE MONTES,              )     U.S.C. § 3143(a)(1))
14                                     )
               Defendant.              )
15  _____)

16         The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the ___Southern___ District of

18  __California__ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20         Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A. (×)   The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           (×)   information in the Pretrial Services Report and Recommendation

26           (×)   information in the violation petition and report(s)

27           (×)   the defendant's nonobjection to detention at this time

28           ( )   other: _____

                                           1

1    and/ or

2  B. (×)    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the safety

4            of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6                (×)    information in the Pretrial Services Report and Recommendation

7                (×)    information in the violation petition and report(s)

8                (×)    the defendant's nonobjection to detention at this time

9                ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  10/6/2023

15                                        SHASHI H. KEWALRAMANI
                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28